IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 2 0 2017
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:17CR33<br>Chief Judge Ron Clark |
| JAMES EDWARD TURNER (1);<br>TYRONE TRAMMER (2);<br>CLARENCE DAVIS WINSLOW II (3); | § § § § | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Violation: 21 U.S.C. § 841(a)(1)
(Possess with the Intent to Distribute a
Controlled Substance)

On or about March 30, 2017, in the Eastern District of Texas and elsewhere,

**James Edward Turner, Tyrone Trammer, and Clarence Davis Winslow II,**

defendants, aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute oxycodone, a Schedule II controlled substance.

In violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. § 2.

#### Count Two

Violation: 21 U.S.C. § 841(a)(1)
(Possess with the Intent to Distribute a
Controlled Substance)

On or about March 30, 2017, in the Eastern District of Texas and elsewhere,

**James Edward Turner, Tyrone Trammer, and Clarence Davis Winslow II,**

defendants, aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute hydrocodone, a Schedule II controlled substance.

In violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
PAUL A. HABLE
Assistant United States Attorney

9-20-17
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v.  § <br> § <br> JAMES EDWARD TURNER (1); § <br> TYRONE TRAMMER (2); § <br> CLARENCE DAVIS WINSLOW II (3); § | No. 9:17CR___ <br> Chief Judge Ron Clark |

## NOTICE OF PENALTY

### Count One and Two

Violation:   21 U.S.C. 841(a)(1) and (b)(1)(C)

Penalty:   Possess with the Intent to Distribute a Controlled Substance

Not more than 20 years' imprisonment, a fine not to exceed $1 million, or both, and supervised release of at least 3 years. If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment of not more than 30 years.

Special Assessment: $100.00