**\*\*NOT FOR PRINTED PUBLICATION\*\***

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| **UNITED STATED OF AMERICA** | § §  § **CASE NUMBER 9:17-CR-33-1-RC** |
| **v.** | § § § § |
| **JAMES EDWARD TURNER** | § § |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANT'S MOTION FOR RELEASE

The court referred Defendant's Motion for Release from Custody due to COVID-19 (Doc. No. 135) to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this court. After review and consideration of Turner's motion and the Government's response, Judge Hawthorn issued a Report and Recommendation on July 9, 2020, denying Turner's motion because he failed to exhaust his administrative remedies, and did not meet the criteria for compassionate release. (Doc. No. 139.) Turner received Judge Hawthorn's report and recommendation on July 21, 2020. (Doc. No. 140.) To date, Turner has not filed objections to Judge Hawthorn's report and recommendation.

Accordingly, the court ACCEPTS Judge Hawthorn's Report and Recommendation (Doc. No. 139) and DENIES the Defendant's Motion for Compassionate Release due to COVID-19 (Doc. No. 135).

So ORDERED and SIGNED, Aug 15, 2020.

_____
Ron Clark
Senior Judge